UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                            CASE NO. 13 B 05787
                                  CHAPTER 13

Levarn Walker

                                  JUDGE JACQUELINE P COX

       DEBTOR                   **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:**  CHAMPION MORTGAGE LLC

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 1 | 3 | XXXXXX1400 | $37,826.43 | $29,559.46 | $29,559.46 |
| Total Amount Paid by Trustee | | | | | $29,559.46 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___ Through the Chapter 13 Conduit         **X** Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 13-05787-JPC

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL 60603 or by the methods indicated on this 15th day of March, 2018.

Debtor:
Levarn Walker
564 49TH AVE
Bellwood, IL 60104

Attorney:
DANIEL J WINTER
53 W JACKSON BLVD #718
CHICAGO, IL 60604
via Clerk's ECF noticing procedures

Creditor:
CHAMPION MORTGAGE LLC
3900 CAPITAL CITY BLVD
LANSING, MI 48906

Mortgage Creditor:
CHAMPION MORTGAGE CO
% PIERCE & ASSOCIATES
1 N DEARBORN # 1300
CHICAGO, IL 60602

Mortgage Creditor:
ROBERTSON ANSCHUTZ &
SCHNEID PL
6409 CONGRESS AVE STE 100
BOCA RATON, FL 33487

Creditor:
CHAMPION MORTGAGE
COMPANY
8950 CYPRESS WATERS
BOULEVARD
COPPELL, TX 75019

ELECTRONIC SERVICE - United States Trustee

Date: March 15, 2018

/s/ TOM VAUGHN
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL 60603